UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TISHA M., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | NO: 4:17-CV-5085-RMP <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

BEFORE THE COURT is United States Magistrate Judge John T. Rodgers' Report and Recommendation ("R & R"), ECF No. 18 (Apr. 30, 2018), to deny Plaintiff Tisha M.'s[1] motion for summary judgment, ECF No. 15, and grant Defendant Commissioner of Social Security's (the "Commissioner's") cross-motion for summary judgment, ECF No. 16. On May 14, 2018, Plaintiff timely objected to the R & R. ECF No. 21. The Commissioner responded on May 30, 2018. ECF No.

---

[1] In the interest of protecting Plaintiff's privacy, the Court will use Plaintiff's first name and last initial.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

22. The Court has reviewed the R & R, the parties' submissions, the remaining record, and the relevant law, and is fully informed.

In objecting to Judge Rodgers' recommended disposition of Plaintiff's appeal, Plaintiff argues that the R & R "improperly concluded that the ALJ's credibility assessment should ultimately be affirmed" because the ALJ did not provide specific, clear, and convincing reasons for discrediting Plaintiff's testimony regarding the severity and limiting effects of her symptoms. ECF No. 21 at 2. The Commissioner responds that Plaintiff's objections mirrors the arguments she raised in the summary judgment motion briefing, which were addressed by the R & R.

The Court agrees that the R & R, ECF No. 18 at 12–15, identifies specific, clear, and convincing reasons that supported the ALJ's treatment of Plaintiff's symptom testimony. Having identified those reasons, and the substantial evidence in the record supporting them, it would be inappropriate for the Court to "second-guess" the ALJ's credibility finding. *See Thomas v. Barnhart*, 278 F.3d 947, 959 (9th Cir. 2002).

Therefore, the Court **ADOPTS** the April 30, 2018 R & R, **ECF No. 18**, in this matter **in its entirety**.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Summary Judgment, **ECF No. 15**, is **DENIED**.

2. Defendant's Motion for Summary Judgment, **ECF No. 16**, is **GRANTED**.

3. The parties shall bear their own costs, and judgment shall be entered for Defendant.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, provide copies to counsel, enter judgment as directed, and **close the file in this case**.

**DATED** May 31, 2018.

                                        *s/ Rosanna Malouf Peterson*
                                   ROSANNA MALOUF PETERSON
                                       United States District Judge